UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No: 24-cr-0136 (PAM/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Maggie Kay Hassing, | |
| Defendant. | |

This matter is before the Court on the parties' joint Motion to Correct Name Nunc Pro Tunc ("Motion") (ECF No. 21). The parties explain that the Indictment (ECF No. 1) and subsequent filings incorrectly refer to Defendant using the last name she used when she was married to Brandon Hassing, whom she divorced prior to her Indictment. (ECF No. 21, citing ECF No. 21-1, Divorce Decree.) The Divorce Degree reflects that Defendant's last name reverted to her maiden name "Schaefer" upon her divorce. (ECF No. 21-1 at 10.) The parties ask the Court to order *nunc pro tunc* that the Indictment and case caption be amended to "*United States v. Maggie Kay Schaefer (f/k/a Maggie Hassing)*" and the Clerk of Court to amend the docket accordingly to properly reflect Defendant's legal name.

Pursuant to its inherent authority under Federal Rule of Criminal Procedure 36 to correct clerical or ministerial orders, the Court grants the Motion. Fed. R. Crim. P. 36.

**ORDER**

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the parties' joint Motion to Correct Name Nunc Pro Tunc (ECF No. [21]) is **GRANTED**:

2

The Court directs the Clerk of Court to amend the Indictment (ECF No. [1]) and case caption in this matter to *"United States v. Maggie Kay Schaefer (f/k/a Maggie Hassing)"* to properly reflect Defendant's legal name.

Dated:  June 26, 2024                              *s/ Dulce J. Foster*
                                                                    DULCE J. FOSTER
                                                                    United States Magistrate Judge